RYAN K. YAGURA (#197619)
ryagura@omm.com
NICHOLAS J. WHILT (#251969)
nwhilt@omm.com
CLARENCE A. ROWLAND (#285409)
crowland@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRADLEY M. BERG (#300856)
bmberg@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Attorneys for Defendant
HYUNDAI MOTOR AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATOSAUDIO, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>HYUNDAI MOTOR AMERICA<br><br>    Defendant. | Case No. 2:22-cv-01712-GW-PDx<br><br>**[PROPOSED] ORDER GRANTING HYUNDAI MOTOR AMERICA'S MOTION FOR ENTRY OF FINAL JUDGMENT**<br><br>Date: April 17, 2025<br>Time: 8:30 a.m.<br>Hon. Judge George H. Wu<br>Courtroom: 9D |

# [PROPOSED] ORDER

1. This is a patent infringement action brought by StratosAudio, Inc. ("StratosAudio") against defendant Hyundai Motor America ("HMA").

2. The patents-in-suit are U.S. Patent Nos. 8,166,081 (the "'081 Patent"); 8,688,028 (the "'028 Patent"); 8,903,307 (the "'307 Patent"); 9,584,843 (the "'843 Patent"); 8,200,203 (the "'203 Patent"); 9,294,806 (the "'806 Patent"); and 9,355,405 (the "'405 Patent"). StratosAudio accused HMA of infringing the patents-in-suit.

3. The '203 Patent was previously dismissed with prejudice pursuant to stipulation.

4. As stated in a separate concurrent Order, StratosAudio's claims based on the '081 Patent, the '028 Patent, the '307 Patent, and the '405 Patent are moot given the invalidation of the asserted claims from those patents in *inter partes* review proceedings. Those claims are hereby dismissed with prejudice.

5. StratosAudio withdrew its claims made based on the '806 and '843 Patents after extensive litigation. Those claims are hereby dismissed with prejudice.

6. StratosAudio shall take nothing from HMA with respect to any claims in this lawsuit.

7. HMA is found to be the prevailing party on all of StratosAudio's claims made in connection with the '081, '028, '307, '843, '806, and '405 Patents.

8. The deadline for HMA to file any petition, bill and/or motion under Fed. R. Civ. P. 54(d) to recover costs and/or attorneys' fees shall be sixty days from the date this order is signed.

IT IS SO ORDERED.

Dated: _____

_____
Hon. George H. Wu
United States District Judge