RYAN K. YAGURA (#197619)
ryagura@omm.com
NICHOLAS J. WHILT (#251969)
nwhilt@omm.com
CLARENCE A. ROWLAND (#285409)
crowland@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRADLEY M. BERG (#300856)
bmberg@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant
HYUNDAI MOTOR AMERICA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATOSAUDIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA,<br><br>Defendant. | Case No. 2:22-CV-01712-GW-PDx<br><br>**DEFENDANT HYUNDAI MOTOR AMERICA'S SUBMISSION OF PROPOSED FINAL JUDGMENT ORDER PURSUANT TO COURT ORDER**<br><br>Hon. Judge George H. Wu<br>Courtroom: 9D |

At the hearing in this matter before the Court on April 17, 2025, the Court ordered the parties to file a proposed final judgment order consistent with the guidance provided by the Court. The parties met and conferred and reached agreement on the attached proposed order.

Dated: April 28, 2025

O'MELVENY & MYERS LLP

By: /s/ *Clarence A. Rowland*
RYAN K. YAGURA
ryagura@omm.com
NICHOLAS J. WHILT
nwhilt@omm.com
CLARENCE A. ROWLAND
crowland@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRADLEY M. BERG
bmberg@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant
HYUNDAI MOTOR AMERICA