RYAN K. YAGURA (#197619)
ryagura@omm.com
NICHOLAS J. WHILT (#251969)
nwhilt@omm.com
CLARENCE A. ROWLAND (#285409)
crowland@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

BRADLEY M. BERG (#300856)
bmberg@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant
HYUNDAI MOTOR AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATOSAUDIO, INC. <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA <br><br> Defendant. | Case No. CV 22-1712-GW-PDx <br><br> **FINAL JUDGMENT** |

# JUDGMENT

It is hereby ordered, adjudged and decreed as follows:

1. This is a patent infringement action brought by StratosAudio, Inc. ("StratosAudio") against defendant Hyundai Motor America ("HMA").

2. StratosAudio accused HMA of infringing the following claims and patents:

    Claims 9–11 and 23 of U.S. Patent No. 8,166,081 (the "'081 Patent"),

    Claims 11, 14, 16, and 18 of U.S. Patent No. 8,688,028 (the "'028 Patent"),

    Claims 11, 16, and 18 of U.S. Patent No. 8,903,307 (the "'307 Patent"),

    Claims 12–16 of U.S. Patent No. 9,355,405 (the "'405 Patent"),

    Claims 5–8, and 10 of 9,294,806 (the "'806 Patent"), and

    Claims 10, 11, and 13 of 9,584,843 (the "'843 Patent").

3. StratosAudio also accused HMA of infringing U.S. Patent No. 8,200,203 (the "'203 Patent"). The Court previously dismissed the claims relating to the '203 patent with prejudice in Docket Entry No. 139.

4. The Court finds that the asserted claims in this action from the '081 Patent, the '028 Patent, the '307 Patent, and the '405 Patent are now moot in view of the invalidation of those claims in *inter partes* review proceedings. Accordingly, the asserted claims invalidated in the review proceeding are hereby dismissed with prejudice. HMA is deemed the prevailing party on claims made in connection with the '081, '028, '307, and '405 Patents.

5. StratosAudio withdrew its claims based on the '806 and '843 Patents. Those claims are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

6. HMA may proceed with a motion for attorneys' fees and/or costs on any grounds that HMA believes are appropriate. The Court does not rule at this time on whether such fees or costs should be awarded. The deadline for filing any motion for costs or attorneys' fees shall be 28 days from the date of this Judgment.

7. StratosAudio shall take nothing from HMA with respect to any claims in this lawsuit.

IT IS SO ORDERED.

Dated: April 30, 2025

_____
HON. GEORGE H. WU,
United States District Judge